# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:19-cr-00105-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WARREN ROSSLYN NEWELL, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Count One [Doc. 104].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Count One [Doc. 104] is **GRANTED**, and Count One of the Superseding Bill of Indictment in the above-captioned case is hereby **DISMISSED**.

IT IS SO ORDERED.

Signed: March 23, 2021

Martin Reidinger
Chief United States District Judge